THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00320-MR-WCM

PATRICK ESPOSITO and DEBORAH )
ESPOSITO, )
                                                       )
               Plaintiffs,   )
                                                       )
    vs.                         )       <u>O R D E R</u>
                                                       )
GOSHEN TIMBER FRAMES, INC.  )
and BONNIE PICKARTZ,          )
                                                       )
              Defendants.   )
_____ )

**THIS MATTER** is before the Court *sua sponte*.

This action was filed on November 6, 2018. [Doc. 1]. On December 13, 2018, the Plaintiffs' counsel filed an Affidavit of Service, indicating that the Defendants were served with process on December 6, 2018. [Doc. 5]. As of the date of this Order, however, the Defendants have yet to file an answer, and the Plaintiffs appear to have made no effort to prosecute this action further against the Defendants.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiffs shall file an appropriate motion or otherwise take further action with respect to the Defendants. **The Plaintiffs are advised that failure to take further action against**

**the Defendants will result in the dismissal of this case.**

**IT IS SO ORDERED.**

Signed: February 15, 2019

Martin Reidinger
United States District Judge